# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| K.H., | : | No. 53 MAP 2025 |
| Appellant | : | |
| v. | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 2nd day of December, 2025, as the Commonwealth Court's order is not final, the notice of appeal is quashed. *See* 42 Pa.C.S. § 723 (discussing this Court's jurisdiction over final orders entered in the Commonwealth Court's original jurisdiction); Pa.R.A.P. 341(b) (defining a final order).